IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IRA R. LEON, | ) | |
| | ) | |
| Petitioner, | ) | 8:14CV16 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, MICHAEL KENNEY, Director of the Nebraska Department of Corrections, and DIANE SABATKA-RHINE, Warden, | ) ) ) ) ) | ORDER |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on respondents' Motion to Substitute Respondent (Filing No. 20). For good cause,

IT IS ORDERED that respondents' Motion to Substitute Respondent (Filing No. 20) is granted. The clerk's office is directed to update its records to reflect that Scott Frakes and Diane Sabatka-Rhine are the proper respondents in this action.

DATED this 17th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.