IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRA R. LEON,<br><br>   Petitioner,<br><br>V.<br><br>STATE OF NEBRASKA, and<br>SCOTT R. FRAKES, Director of the<br>Nebraska Department of Corrections,<br><br>   Respondents. | 8:14CV16<br><br>**MEMORANDUM**<br>**AND ORDER** |

  This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 57). Petitioner filed a Notice of Appeal (Filing No. 56) on September 26, 2016. Petitioner appeals from the court's Memorandum and Order dated September 1, 2016 (Filing No. 51). Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

  IT IS ORDERED that:

  1. Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 57) is granted.

  2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

  DATED this 28th day of September, 2016.

           BY THE COURT:

           s/ *Richard G. Kopf*
           Supervising Pro Se Judge